UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CANDACE MARIE RICHARDSON,**

**Plaintiff,**

**v.** **Case No. 6:25-cv-1526-CEM-CAB**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**
___________________________________/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), seeking judicial review of a final decision of the Commissioner of the Social Security Administration denying her application for disability insurance benefits. The United States Magistrate Judge issued a Report and Recommendation (Doc. 26), recommending that the Commissioner's decision be reversed and remanded for further administrative proceedings.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and made a part of this Order.
2. The Commissioner's decision in this case is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and **REMANDED** for further proceedings as set forth in the Report and Recommendation.
3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 24, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record